On respondents Lane County's and City of Eugene's petition for reconsideration filed July 23, reconsideration allowed; former opinion (182 Or App 452, 50 P3d 1179 (2002)) modified; reversed and remanded in part; otherwise affirmed October 2, 2002

Byron A. STONE
and Wanda Lou Stone,
Personally and as Guardian Ad Litem for
Jacqueline K. Stone,
*Appellants,*

*v.*

Dean FINNERTY,
City of Cottage Grove, Lane County,
City of Eugene, and Central Lane Interagency
Narcotics Enforcement Team (INET),
*Respondents,*

*and*

Jeff CARLEY,
Eric Langford, Robert McManus, Peter Kerns,
Rick Siel, Jim Hill, Benton County,
and John Does 1-6,
*Defendants.*

16-96-09442; A104429

55 P3d 531

Jens Schmidt, and Harrang, Long, Gary, Rudnick, P.C., for petition.

Before Edmonds, Presiding Judge, and Deits, Chief Judge, and Armstrong, Judge.*

PER CURIAM

---

* Armstrong, J., *vice* Byers, S. J.

**PER CURIAM**

Defendants Lane County and the City of Eugene petition for reconsideration of our decision in *Stone v. Finnerty*, 182 Or App 452, 50 P3d 1179 (2002), in which we upheld the trial court's dismissal of several of plaintiffs' claims but reversed the trial court's grant of summary judgment on plaintiffs' false imprisonment claims against these two defendants, and remanded. Defendants argue that only plaintiff Byron Stone raised a claim of error based on the dismissal of his false imprisonment claim, that plaintiffs did not assign error on appeal to the dismissal of plaintiff Wanda Stone's false imprisonment claim, and that therefore we should not have remanded Wanda's false imprisonment claim to the trial court. We agree. Our opinion referred to "plaintiffs' claims," and remanded "on the false imprisonment claims," but it should have been limited to a remand of only plaintiff Byron Stone's claim for false imprisonment as against these two defendants.

Reconsideration allowed; former opinion modified; reversed and remanded for trial on plaintiff Byron A. Stone's claim for false imprisonment against the City of Eugene and Lane County; otherwise affirmed.